In re  **Noble Retail Group, Inc.**     Case No. **3:11-bk-0**
                               Debtor(s)     Chapter **11**

# Debtor's Chapter 11 Case Management Summary

Noble Retail Group, Inc., a Domestic Corporation, pursuant to Administrative Order 2009-1, hereby files this Chapter 11 Case Management Summary. In support of this Summary, the Debtor would show:

## Introduction

The Debtor filed its petition for relief under Chapter 11 of the United States Bankruptcy Code on November 14, 2011. An order for relief was entered, and pursuant to Sections 1107 and 1108 of the Bankruptcy Code, Debtor retained possession of its property, its assets, and is duly authorized as debtor-in-possession to continue the operation and management of its business. No trustee or examiner has been appointed in this bankruptcy case. A committee of unsecured creditors has not been appointed.

## Case Management Items

### I. Description of the Debtor's Business

Debtor's business operations involve owning and operating a gas station/convenience store in Jacksonville, Florida.

### II. Location of Debtor's Operations and Whether Leased or Owned

The Debtor's principal address is 6511 Ramona Blvd, Jacksonville, Florida 32205. The location currently has a mortgage with the First Guaranty Bank & Trust. The Debtor's mailing address is P.O. Box 37116, Jacksonville, Florida 32236.

### III. Reasons for Filing Chapter 11

The Debtor has operated since 2005 and has been very successful. Unfortunately because of the downturn in the economy the convenience store business, like many other businesses, has seen a significant downturn in income while also experiencing an increase in the cost of supplies and utilities. Because of the current economical climate the Debtor was unable to meet its debt service.

### IV. List of Officers and Directors and Their Salaries and Benefits at the Time of Filing

| Name and Address | Title | Salary/Benefits |
|---|---|---|
| Narendra Patel<br>4443 Carriage Oak Lane<br>Orange Park, Florida 32065 | President | $1,500.00 Gross Monthly |

V. **Debtor's Annual Gross Revenues**

    2011 Est. YTD Gross Receipts – $1,430,263.76
    2010 Est. Gross Receipts - $1,543,165.00

VI. **Amount Due to Various Classes of Creditors**

    The Debtor owes approximately $760,465.32 in secured debts and $222,120.96 in unsecured debt.

VII. **General Description and Value of Debtor's Assets**

    The Debtor's assets mainly consist of the Ramona Blvd. property and its contents.

VIII. **Number of Employees and Amount of Wages Owed as of Petition Date**

    3 – No wages owed on the Petition Date.

IX. **Status of Debtor's Payroll and Sales Tax Obligations**

    The Debtor is current on payroll and sales taxes.

X. **Anticipated Emergency Relief Within 14 Days of Petition Date**

    The Debtor anticipates emergency relief being necessary on the cash collateral issue.

Submitted by: /s/ Jason A. Burgess
Jason A. Burgess
2350 Park Street
Jacksonville, Florida 32204
(904) 981-8100
(904) 9818015 facsimile
jason@jasonaburgess.com
*Counsel for Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was furnished electronically to the US Trustee via the CM/ECF system on November 14, 2011 in accordance with Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure.

/s/ Jason A. Burgess